**89–70.** State v. Montgomery. *Lucas County*, No. L–86–395. Reported at 61 Ohio St.3d 410, 575 N.E.2d 167. On motion for rehearing. Rehearing denied.

**90–288.** Calmes v. Goodyear Tire & Rubber Co. *Summit County*, No. 13952. Reported at 61 Ohio St.3d 470, 575 N.E.2d 416. On motion for rehearing. Rehearing denied.

DOUGLAS and RESNICK, JJ., dissent.

**90–471.** State v. Frazier. *Cuyahoga County*, No. 54771. Reported at 61 Ohio St.3d 247, 574 N.E.2d 483. On motion for rehearing. Rehearing denied.

**90–600.** State, ex rel. Owens–Illinois, Inc., v. Indus. Comm. *Franklin County*, No. 88AP–636. Reported at 61 Ohio St.3d 456, 575 N.E.2d 202. On motion for rehearing. Rehearing denied.

HOLMES, J., dissents.

**90–764.** Gardini v. Moyer. *Geauga County*, No. 89–G–1499. Reported at 61 Ohio St.3d 479, 575 N.E.2d 423. On motion for rehearing. Rehearing denied.

WRIGHT, J., dissents.

**90–1539.** Consumers' Counsel v. Pub. Util. Comm. Public Utilities Commission, No. 89–1031–EL–CSS. Reported at 61 Ohio St.3d 396, 575 N.E.2d 157. On motion for rehearing. Rehearing denied.

H. BROWN, J., dissents.

**90–1551.** Cleveland Cliffs Iron Co. v. Limbach. Board of Tax Appeals, No. 87–D–1352. Reported at 61 Ohio St.3d 349, 575 N.E.2d 121. On motion for rehearing. Rehearing denied.

WRIGHT, J., dissents.

**90–2419.** Ferreri v. McShane. *Summit County*, No. 14433. Reported at 61 Ohio St.3d 1426, 575 N.E.2d 215. On motion for rehearing. Rehearing denied.

**91–852.** State v. Barton. *Hamilton County*, No. C–900164. Reported at 61 Ohio St.3d 1427, 575 N.E.2d 215. On motion for rehearing. Rehearing denied.

DOUGLAS, J., dissents.